Date: 03/21/11                              Page:

# DIVIDENDS REMITTED TO THE COURT
Check Number 2009 Dated 03/21/11
Case Number 09-33983 - JOHNSON, KENNETH W

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>5690 | 000002 | 298.28 | 3.99 |
| Chase Bank USA, N.A.<br>CREDITORS BKCY SVCS<br>BOX 740933<br>DALLAS TX 75374<br>9601 | 000004 | 112.68 | 1.50 |
| Chase Bank USA, N.A.<br>CREDITORS BKCY SVCS<br>BOX 740933<br>DALLAS TX 75374<br>2997 | 000006 | 370.38 | 4.95 |
| US BANK NA<br>PO BOX 5229<br>CINCINNATI OH 45201<br>4203 | 000012 | 201.56 | 2.68 |
| ---------- Remittance Total ---------- | | 982.90 | 13.12 |

*MICHAEL J. IANNACONE, Trustee*



Rcc #3541

COURT1                                      Printed: 03/21/11 10:31 AM   Ver: 16.01c