MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: <u>JOHNSON, KENNETH W</u>

Chapter 7 Case No. <u>09-33983-GFK</u>

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CHASE BANK USA. N.A. CREDITORS BKCY SVCS BOX 740933 DALLAS TX 75374 | 5 | 259.21 | 34.73 |

Date: <u>April 4, 2011</u>

_____
Michael J. Iannacone, TRUSTEE



RECEIVED
11 APR -6 AM 10: 45
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Rcc # 3608